### HAMMERSTEIN v. NEW YORK PRESS CO., Limited

(Supreme Court, Appellate Division, First Department. January 28, 1910.)

LIBEL AND SLANDER (§ 7*)—WORDS LIBELOUS PER SE.

A publication of and concerning plaintiff, to wit: "My opinion of you is that you are the sort of a man that would steal his mother's bones from the grave and sell them to buy flowers for a harlot"—was libelous per se.

[Ed. Note.—For other cases, see Libel and Slander, Cent. Dig. §§ 17–78; Dec. Dig. § 7.*]

Appeal from Special Term, New York County.

Action by Oscar Hammerstein against the New York Press Company, Limited. From an order and an interlocutory judgment dismissing the complaint on pleadings, plaintiff appeals. Reversed. Motion denied.

Defendant, the publisher of a newspaper of general and wide circulation in the United States, published therein of and concerning plaintiff false and defamatory matter, to wit:

"My opinion of you is that you are the sort of man that would steal your mother's bones from the grave and sell them to buy flowers for a harlot."

Plaintiff, in a suit for libel, alleged that such words were spoken of and concerning him, and that by these words defendant meant and intended to mean that plaintiff was the kind of man who would steal the bones from his mother's grave and sell them to buy flowers for a harlot, and that the statement was false and was maliciously published.

Argued before INGRAHAM, P. J., and CLARKE, SCOTT, McLAUGHLIN, and DOWLING, JJ.

Delphin M. Delmas, for appellant.

De Lancey Nicoll, for respondent.

PER CURIAM. The order and interlocutory judgment appealed from should be reversed, and motion denied, upon the ground that the court is of the opinion that the article published was libelous per se.

Judgment and order reversed, with $10 costs and disbursements, and motion denied, with $10 costs.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes